IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation, and ENVIRONMENTAL DEFENSE CENTER, a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. FISH & WILDLIFE SERVICE, and GALE A. NORTON, Secretary of the Interior,<br><br>Defendants. / | No. C 04-04324 WHA<br><br>**ORDER REGARDING AUGUST 4, 2005 HEARING** |

Parties' cross-motions for summary judgment has been scheduled for **AUGUST 4, 2005**. The hearing is specially-set for **1:30 P.M.** It will **NOT** be heard at 8 a.m. during the regular law and motion calendar.

With respect to plaintiffs' request to depose or cross-examine Mr. Craig Manson, the Assistant Secretary for Fish, Wildlife, and Parks at the U.S. Department of the Interior, the Court will decide at the hearing whether that is necessary. In the event that the Court decides a hearing is necessary, Mr. Manson should be present and prepared at the August 4 hearing, and counsel should be prepared to conduct such an examination.

**IT IS SO ORDERED.**

Dated: July 18, 2005.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE