IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY,
a non-profit corporation, and
ENVIRONMENTAL DEFENSE CENTER, a
non-profit corporation,

    Plaintiffs,

  v.

U.S. FISH & WILDLIFE SERVICE, and
GALE A. NORTON, Secretary of the Interior,

    Defendants.
and

COUNTY OF SANTA BARBARA, et al.,

    Applicants for Intervention.
 /

No. C 04-04324 WHA

**ORDER REGARDING FURTHER SUPPLEMENTAL BRIEFING**

Within the same five-page supplement due by **NOON ON JULY 29**, please answer these further questions:

    1.    If the California tiger salamander had "endangered" status, what specific, on-the-ground ranching and land development practices in the designated areas would be impacted? In other words, (1) to what extent could routine ranching activities continue, and (2) to what extent could land development take place?

    2.    The Court assumes that the section entitled "Special Rule" of the August 4, 2004 final rule (50 CFR Part 17) explains the impact of "threatened" status on ranching activities in the designated areas. If there are additional, on-the-ground ranching

1  activities that are curtailed by the California tiger salamander having "threatened" status,
2  please explain.
3          3.      What is the impact of the California tiger salamander having "threatened"
4  status on land development in the designated areas?  Give specific, on-the-ground examples.

6  **IT IS SO ORDERED.**

8  Dated:  July 21, 2005.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2