1  Brendan Cummings (CA Bar No. 193952)
   Kassia Siegel (CA Bar No. 209497)
2  CENTER FOR BIOLOGICAL DIVERSITY
   P.O. Box 549
3  Joshua Tree, CA 92252
   Phone:  (760) 366-2232
4  Facsimile:  (760) 366-2669
   Email: bcummings@biologicaldiversity.org
5  Email: ksiegel@biologicaldiversity.org

6  Attorneys for Plaintiff
   CENTER FOR BIOLOGICAL DIVERSITY
7
   Linda Krop (CA Bar No. 118773)
8  Karen M. Kraus (CA Bar No. 181756)
   ENVIRONMENTAL DEFENSE CENTER
9  906 Garden Street
   Santa Barbara, CA 93101
10 Telephone:  (805) 963-1622
   Facsimile:  (805) 962-3152
11 Email: lkrop@edcnet.org
   Email: kkraus@edcnet.org
12
   Attorneys for Plaintiff
13 ENVIRONMENTAL DEFENSE CENTER

14                    IN THE UNITED STATES DISTRICT COURT

15                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                             SAN FRANCISCO DIVISION

17

| | |
|---|---|
| 18  CENTER FOR BIOLOGICAL DIVERSITY, and ENVIRONMENTAL DEFENSE CENTER | Case No. C-04-4324 WHA |
| 19 | |
| 20       Plaintiffs, vs. | |
| 21  UNITED STATES FISH AND WILDLIFE SERVICE, and, GALE A. NORTON, in her | STIPULATION TO EXTEND TIME FOR FILING MOTION FOR FEES AND COSTS |
| 22  official capacity as Secretary of the Department of the Interior | |
| 23       Defendants. | |

26       Plaintiffs Center for Biological Diversity and Environmental Defense Center and Defendants the

27 U.S. Fish and Wildlife Service, and Gale Norton, Secretary of the U.S. Department of the Interior

28 (collectively "the Service" or "FWS"), by and through their undersigned counsel, say as follows:

1  WHEREAS:

2  This Court entered judgment in the above-caption case on August 22, 2005;

3  Pursuant to Local Rule 54-6, Plaintiffs' Motion for Attorney's Fees and Costs is due within 14 days

4  of the Court's entry of judgment, or on September 5, 2005;

5  Plaintiffs and Defendants believe that they may be able to resolve the matter of fees and costs

6  through negotiation and have therefore agreed to the following Stipulation extending Plaintiffs' deadline

7  for filing a Motion for Attorney's Fees and Costs:

8  THEREFORE:

9  IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants, through their respective

10  counsel, that, upon approval of the Court, Plaintiffs have ~~sixty additional days, or~~ until ~~November 4,~~ September 29 2005,

11  to file any Motion for Attorney's Fees and Costs.

12

13  Respectfully submitted this 25th day of August, 2005.

14  KELLY A. JOHNSON,
Acting Assistant Attorney General
15  JEAN E. WILLIAMS, Chief
/s/ *Bridget Kennedy McNeil*
16  BRIDGET KENNEDY McNEIL,
Trial Attorney, (SBN 34299 (CO))
17  U.S. Department of Justice
Environment & Natural Resources Division
18  Wildlife & Marine Resources Division
Ben Franklin Station, P.O. Box 7369
19  Washington, D.C. 20044-7369
Tel: 202-305-0229
20  Fax: 202-305-0275
bridget.mcneil@usdoj.gov
21
KEVIN V. RYAN (SBN 118321)
22  United States Attorney
JOANN M. SWANSON, Chief, Civil Division
23  (SBN 88143)
JAMES A. CODA (SBN 1012669 (WI))
24  Assistant United States Attorney
Northern District of California
25  10th Floor, Box 36055
450 Golden Gate Avenue
26  San Francisco, CA 94102
Tel: 415-436-6967
27  Fax: 415-436-6748

28  Attorneys for Defendants

STIPULATION TO EXTEND TIME FOR FILING
MOTION FOR FEES AND COSTS                                                    C-04-4324-WHA

1  /s/ Brendan Cummings
   Brendan Cummings
2  Kassia Siegel
   CENTER FOR BIOLOGICAL DIVERSITY
3  P.O. Box 549
   Joshua Tree, CA 92252
4  Phone:  (760) 366-2232
   Facsimile:  (760) 366-2669
5
   Linda Krop
6  Karen M. Kraus
   ENVIRONMENTAL DEFENSE CENTER
7  906 Garden Street
   Santa Barbara, CA 93101
8  Telephone: 805-963-1622
   Facsimile: 805-962-3152
9
   Attorneys for Plaintiffs
10

12  PURSUANT TO STIPULATION, IT IS SO ORDERED
13
    August 26, 2005
14
                                                    _____
15                                                  The Honorable William H. Alsup
                                                    District Court Judge

STIPULATION TO EXTEND TIME FOR FILING
MOTION FOR FEES AND COSTS                                              C-04-4324-WHA