1  Brendan Cummings (CA Bar No. 193952)
   Kassia Siegel (CA Bar No. 209497)
2  CENTER FOR BIOLOGICAL DIVERSITY
   P.O. Box 549
3  Joshua Tree, CA 92252
   Phone:   (760) 366-2232
4  Facsimile:   (760) 366-2669
   Email: bcummings@biologicaldiversity.org
5  Email: ksiegel@biologicaldiversity.org

6  Attorneys for Plaintiff
   CENTER FOR BIOLOGICAL DIVERSITY
7
   Linda Krop (CA Bar No. 118773)
8  Karen M. Kraus (CA Bar No. 181756)
   ENVIRONMENTAL DEFENSE CENTER
9  906 Garden Street
   Santa Barbara, CA 93101
10 Telephone:  (805) 963-1622
   Facsimile:  (805) 962-3152
11 Email: lkrop@edcnet.org
   Email: kkraus@edcnet.org
12
   Attorneys for Plaintiff
13 ENVIRONMENTAL DEFENSE CENTER

14              **IN THE UNITED STATES DISTRICT COURT**
             **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
15                   **SAN FRANCISCO DIVISION**

16

17                                            )  Case No. C-04 4324 WHA
   CENTER FOR BIOLOGICAL DIVERSITY, a          )
18 non-profit corporation, and ENVIRONMENTAL   )
   DEFENSE CENTER, a non-profit corporation,   )
19                                            )  **STIPULATION SETTLING PLAINTIFFS'**
                                              )  **CLAIM FOR FEES AND COSTS AND**
20              Plaintiffs,                    )  ~~[PROPOSED]~~ **ORDER**
                                              )
21              vs.                            )
                                              )
22 U.S. FISH AND WILDLIFE SERVICE and          )
   GALE A. NORTON, Secretary of the Interior,  )
23                                            )
              Defendants.                      )
24 _____

25

26

27

28

   Stipulated Settlement Agreement              Case No. C-04-4324 WHA

1    Plaintiffs Center for Biological Diversity and Environmental Defense Center and Defendants

2    U.S. Fish and Wildlife Service and Gale Norton, Secretary of the U.S. Department of the Interior

3    (collectively, "the Service"), by and through their undersigned counsel, say as follows:

4    WHEREAS on August 4, 2004, the Service issued a final rule downlisting the Santa Barbara

5    County distinct population segment of the California tiger salamander ("Santa Barbara population") and

6    the Sonoma County distinct population segment of the California tiger salamander ("Sonoma

7    population") from "endangered" status to "threatened" status under the Endangered Species Act,

8    eliminating the status of these populations as distinct population segments, listing the California tiger

9    salamander, including the Central California population of the California tiger salamander (Central

10   California population), rangewide as "threatened", and adopting a special regulation pursuant to Section

11   4(d) of the Endangered Species Act authorizing take of the California tiger salamander if it occurs as a

12   result of routine ranching practices;

13   WHEREAS on October 13, 2004, Plaintiffs filed a Complaint against the Service challenging

14   the portions of the August 4, 2004 rule downlisting the Santa Barbara and Sonoma populations,

15   eliminating their status as distinct population segments, and adopting the Section 4(d) special

16   regulation, as well as the failure of the Service to designate critical habitat for the Central California

17   and Sonoma populations;

18   WHEREAS on February 3, 2005, this Court approved Plaintiffs' and Defendants' settlement on

19   Plaintiffs' Fifth Claim for Relief providing for the designation of critical habitat by dates certain for the

20   Central California salamander and the Sonoma salamander;

21   WHEREAS on August 18, 2005, this Court granted in part Plaintiffs' Motion for Summary

22   Judgment on Plaintiffs' remaining claims, and on August 22, 2005 entered final Judgment, vacating the

23   downlisting of the Santa Barbara and Sonoma populations and the elimination of their status as distinct

24   population segments, reinstating their status as "endangered" distinct population segments, and

25   remanding to the Service for any further rulemaking;

26   WHEREAS Plaintiffs have submitted a claim for their attorneys' fees and costs in this matter to

27   Defendants;

28   WHEREAS, the parties agree that it is in the interest of the parties and judicial economy to

1  settle Plaintiffs' claim for attorneys' fees and costs without further litigation; and

2       WHEREAS, the parties enter this Stipulation without any admission of fact or law, or waiver of

3  any claims or defenses, factual or legal.

4       NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES AS

5  FOLLOWS:

6   1.   Defendants agree to settle all of Plaintiffs' claims for costs and attorneys' fees incurred in

7       the above-captioned matter, for a total of $230,000.00. A check will be made payable in that

8       amount to the Environmental Defense Center, 906 Garden St., Santa Barbara, CA 93101;

9   2.   Defendants agree to submit all necessary paperwork to the Department of Treasury's

10      Judgment Fund Office, pursuant to 16 U.S.C. § 1540(g)(4), within ten (10) business days of

11      receipt of the signed court order approving this stipulation;

12  3.   Plaintiffs agree to accept payment of $230,000.00 in full satisfaction of any and all claims

13      for attorneys' fees and costs of litigation in the above-captioned litigation, through and

14      including the date of this agreement;

15  4.   By this agreement, Defendants do not waive any right to contest fees claimed by Plaintiffs

16      or Plaintiffs' counsel, including the hourly rate, in any future litigation. Further, this

17      stipulation as to attorney's fees and costs has no precedential value and shall not by used by

18      any party as evidence in any other attorneys' fees litigation.

19  Respectfully submitted this 26th day of September, 2005.

20

21                          KELLY A. JOHNSON
                            Acting Assistant Attorney General
22                          JEAN E. WILLIAMS, Chief
                            /s/ Bridget Kennedy McNeil
23                          BRIDGET KENNEDY McNEIL
                            Trial Attorney (SBN 34299 (CO))
24                          U.S. Department of Justice
                            Env. & Natural Resources Division
25                          Wildlife & Marine Resources Division
26                          Ben Franklin Station, P.O. Box 7369
                            Washington, DC  20044-7369
27                          Tel: 202-305-0229
                            Fax: 202-305-0275
28

bridget.mcneil@usdoj.gov

KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON, Chief, Civil
Division (SBN 88143)
JAMES A. CODA (SBN 1012669 (WI))
Assistant United States Attorney
Northern District of California
10th floor, box 36055
450 Golden Gate Ave.
San Francisco, CA 94102
Tel: 415-436-6967
Fax: 415-436-6478

Attorneys for Defendants


/s/ Kassia Siegel
Brendan Cummings
Kassia Siegel
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 549
Joshua Tree, CA 92252
Telephone:  (760) 366-2232
Facsimile:  (760) 366-2669

Linda Krop
Karen M. Kraus
ENVIRONMENTAL DEFENSE CENTER
906 Garden Street
Santa Barbara, CA 93101
Telephone:  (805) 963-1622
Facsimile: (805) 962-3152

Attorneys for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATE: September 28, 2005

_____
The Honorable William H. Alsup
District Court Judge

IT IS SO ORDERED
Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA