IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY, et al.,

    Plaintiffs,

vs.

U.S. FISH AND WILDLIFE SERVICE, et al.,

    Defendants.

Case No. C-04 4324 WHA

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME

**STIPULATION EXTENDING TIME**

Parties to Home Builders Association of Northern California, et al. v. United States Fish and Wildlife Service, et al., Case No. 3:07-cv-572 and Center for Biological Diversity, et al. v. United States Fish and Wildlife Service, Case No. 04-4324 WHA, by and through their undersigned counsel, say as follows:

WHEREAS on February 1, 2007, Home Builders Association of Northern California, et al. v. United States Fish and Wildlife Service, et al., Case No. 3:07-cv-572 was assigned to the Hon. James Larson, following transfer from the District of Columbia;

WHEREAS the Center for Biological Diversity, Intervenor-Defendant in Home Builders Association of Northern California, et al. v. United States Fish and Wildlife Service, et al., Case No. 3:07-cv-572 and Plaintiff in Center for Biological Diversity, et al. v. United States Fish and Wildlife Service, Case No. 04-4324 WHA, has filed a Motion for Administrative Relief to have the Home Builders case related to the Center for Biological Diversity case and heard before the Hon. Judge Alsup;

WHEREAS Civil Local Rule 7-11(b) provides that any response to such a motion shall be filed within three days of the filing of the motion;

WHEREAS Federal Defendants intend to file a response to the Motion for Administrative Relief, and have requested an extension of time to file such response until February 23rd, 2007, due to a scheduling conflict;

STIPULATION AND [PROPOSED] ORDER

NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES AS FOLLOWS:

(1) The time for filing a response to the Motion for Administrative Relief shall be extended until February 23rd, 2007.

Respectfully submitted this 7th day of February, 2007.

    MATT McKEOWN
    Acting Assistant Attorney General
    JEAN E. WILLIAMS, Chief
    BRIDGET KENNEDY McNEIL
    JOSEPH KIM
    /s/ JOSEPH KIM
    Trial Attorney (IL Bar No. 6243249)
    U.S. Department of Justice
    Env. & Natural Resources Division
    Wildlife & Marine Resources Division
    Ben Franklin Station, P.O. Box 7369
    Washington, DC 20044-7369
    Tel: 202-305-0207
    Fax: 202-305-0275
    joseph.kim@usdog.gov

    KEVIN V. RYAN (SBN 118321)
    United States Attorney
    JAMES A. CODA (SBN 1012669 (WI))
    Assistant United States Attorney
    Northern District of California
    10th floor, box 36055
    450 Golden Gate Ave.
    San Francisco, CA 94102
    Tel: 415-436-6967
    Fax: 415-436-6478

    Attorneys for Federal Defendants in Case Nos. 07-572 and 04-4324 WHA

    M. REED HOPPER
    DAMIEN M. SCHIFF
    /s/ Damien M. Schiff
    PACIFIC LEGAL FOUNDATION
    3900 Lennane Drive
    Suite 200
    Sacramento, CA 95834

STIPULATION AND [PROPOSED] ORDER

```
                                    (916) 419-7111
                                    Fax: (916) 419-7747

                                    Attorneys for Plaintiffs in Case No. 07-572

                                    J. MICHAEL KLISE (pro hac vice)
                                    CROWELL & MORING LLP
                                    /s/ J. Michael Klise
                                    1001 Pennsylvania Ave., N.W.
                                    Washington, DC  20004-2595
                                    Tel. (202) 624-2629
                                    Fax (202) 628-5116
                                    jmklise@crowell.com

                                    Attorneys for Intervenors in Case No. 04-4324

                                    KASSIA SIEGEL
                                    CENTER FOR BIOLOGICAL DIVERSITY
                                    /s/ Kassia Siegel
                                    P.O. Box 549
                                    Joshua Tree, CA 92252
                                    Telephone:  (760) 366-2232
                                    Facsimile:  (760) 366-2669

                                    Attorney for Plaintiffs in Case No. 04-4324 and
                                    Intervenor-Defendants in 07-572
```

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATE: February 8, 2007

_____
The Honorable William H. Alsup
District Court Judge

STIPULATION AND [PROPOSED] ORDER